1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-po-00026-SAB-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR AUTHORIZATION TO ATTEND TRAFFIC SCHOOL |
| v. | |
| MING YAN, | |
| Defendant. | |

Defendant Ming Yan's request for authorization to attend traffic school is GRANTED.

IT IS SO ORDERED.

Dated:   **January 29, 2024**

_____
UNITED STATES MAGISTRATE JUDGE